# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR PRIETO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. ED CV 16-00221 AFM<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

　　　　By Order Extending Briefing Schedule, filed September 9, 2016, plaintiff's Memorandum in Support of Complaint was due on October 7, 2016. The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's Order.

　　　　Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed. If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The

filing of a Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

DATED: 10/18/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE